# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael Joseph Willson<br>Holii Lynn Willson<br><u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 25-70359 JAD |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Newrez LLC d/b/a Shellpoint Mortgage Servicing and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
02 Sep 2025, 12:23:23, EDT

Denise Carlon, Esq. (317226)  ☐
Matthew Fissel, Esq. (314567)  ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com