# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Michael Joseph Willson            CHAPTER 13
       Holli Lynn Willson

              Debtor(s)            BKY. NO. 25-70359 JAD

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Newrez LLC d/b/a Shellpoint Mortgage Servicing and index same on the master mailing list.

         Respectfully submitted,

         /s/ Matthew Fissel

         Denise Carlon, Esq. (317226)
         Matthew Fissel, Esq. (314567)
         KML Law Group, P.C.
         BNY Mellon Independence Center
         701 Market Street, Suite 5000
         Philadelphia, PA 19106
         412-430-3594
         bkgroup@kmllawgroup.com